# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

JAROD HARRIS,                          :
                                       :
                 Petitioner,           :        Civ. No. 15-1603 (KM)
                                       :
        v.                             :
                                       :
STEPHEN D'ILIO,                        :        **MEMORANDUM AND ORDER**
                                       :
                 Respondent.           :
_____ :

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus

filed pursuant to 28 U.S.C. § 2254. On July 23, 2015, respondent filed a response to the habeas

petition. The response included a certificate of service. Petitioner did not file a reply.

Almost one year after respondent filed a response to the habeas petition or on July 22,

2016, this Court received a letter from petitioner indicating that he never received a copy of the

response to his habeas petition. (*See* Dkt. No. 15) In the interest of justice, this Court will order

respondent to again serve its response on petitioner and will allow petitioner time to file a reply

to the response if he elects to do so.

Accordingly, IT IS this 5th day of August, 2016,

ORDERED that respondent shall reserve its response to petitioner's habeas petition on

petitioner within twenty-one (21) days of the date of this Order and respondent shall file a

certificate of service in this Court with respect to the re-service of its response; and it is further

ORDERED that petitioner may file a reply to respondent's response within forty-five

(45) days of the date of the re-service of respondent's response; and it is further

ORDERED that the Clerk shall serve this Order on petitioner by regular U.S. mail.

KEVIN MCNULTY
United States District Judge